THE STATE OF OHIO, APPELLANT, *v.* MEYERS, APPELLEE.

[Cite as *State v. Meyers*, 118 Ohio St.3d 264, 2008-Ohio-2541.]

(No. 2007–0844—Submitted April 23, 2008—Decided June 4, 2008.)

---

{¶ 1} The certified question is answered in the affirmative and the judgment of the court of appeals is affirmed on the authority of *State v. Cabrales*, 118 Ohio St.3d 54, 2008-Ohio-1625, 886 N.E.2d 181.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

---

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Scott M. Heenan, Assistant Prosecuting Attorney, for appellant.